**SHA-1 Hash:** FDA166688F0C01B464E716460F22A96E7D40A27C   **Title:** Veronika Coming Home
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 68.50.88.14 | 2/14/2012 8:06 | Fort Washington | MD | Comcast Cable | BitTorrent |
| 2 | 68.33.28.21 | 2/11/2012 22:07 | Baltimore | MD | Comcast Cable | BitTorrent |
| 3 | 68.49.156.189 | 2/14/2012 12:50 | Baltimore | MD | Comcast Cable | BitTorrent |
| 4 | 76.100.121.116 | 3/3/2012 20:15 | Frederick | MD | Comcast Cable | BitTorrent |
| 5 | 98.231.168.28 | 2/2/2012 23:16 | Rockville | MD | Comcast Cable | BitTorrent |
| 6 | 108.34.33.11 | 1/27/2012 20:56 | Linthicum Heights | MD | Verizon Internet Services | BitTorrent |
| 7 | 138.88.90.78 | 3/2/2012 16:30 | Gaithersburg | MD | Verizon Internet Services | BitTorrent |
| 8 | 173.66.8.112 | 3/10/2012 4:26 | Silver Spring | MD | Verizon Internet Services | BitTorrent |
| 9 | 173.79.5.116 | 1/29/2012 12:12 | Bowie | MD | Verizon Internet Services | BitTorrent |
| 10 | 173.79.58.218 | 2/23/2012 5:40 | Silver Spring | MD | Verizon Internet Services | BitTorrent |
| 11 | 71.178.185.8 | 2/6/2012 2:08 | Bethesda | MD | Verizon Internet Services | BitTorrent |